**William G. HARDEN, Plaintiff—Appellant,**

v.

**Scott BODIFORD, Administrator, in his official and individual capacity; James M. Dorriety, Administrator, in his official and individual capacity; Corporal Cathey, Detention Officer, in her official and individual capacity; Greenville County Detention Center; Paul B. Wickensimer, Clerk of Court for Greenville County, in his official and individual capacity, Defendants—Appellees.**

No. 10–6041.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 27, 2010.

William G. Harden, Appellant Pro Se. Russell W. Harter, Jr., Chapman, Harter, & Groves, PA, Greenville, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

William G. Harden seeks to appeal the district court's orders dismissing certain defendants and denying Harden's motion to amend. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Harden seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Harden's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*